UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SUN LIFE ASSURANCE COMPANY OF CANADA,

                      *Plaintiff,*

v.

PENNY MONAHAN, KELLEE STRONG, MARK MONAHAN, SCOTT MONAHAN AND TODD MONAHAN,

                      *Defendants.*

**NOTICE OF VOLUNTARY DISCONTINUANCE**

Civil Action No.
1:12-cv-1821-NAM-CFH

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sun Life Assurance Company of Canada, by its attorneys, Hiscock & Barclay, LLP, hereby discontinues this action.

DATED: March 26, 2013

**HISCOCK & BARCLAY, LLP**

By:   s/ Robert A. Barrer
      Robert A. Barrer
      Bar Roll No. 101099

*Attorneys for Plaintiff*
Office and Post Office Address
One Park Place
300 South State Street
Syracuse, New York 13202
Telephone (315) 425-2704
Facsimile: (315) 425-8544
E-Mail: rbarrer@hblaw.com

*So Ordered*
*[signature]*

7114092.1